IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIP OKEY, Manager PLUMP MONKEY FARM LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:25-cv-02031-SEB-KMB |
| INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISION, CONSOLIDATED CITY OF INDIANAPOLIS, MARK SIMON/TRADE MARK CUSTOM HOMES, JOHN DOES 1-3 (MDC OFFICIALS ) ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

To the Clerk and all parties of record:

I, Sterling Satterfield, am admitted to practice in this Court and appear for the following Defendants: <u>Indianapolis Metropolitan Development Commision and Consolidated City of Indianapolis.</u>

Respectfully submitted,

<u>/s/ T. Sterling Satterfield</u>
T. Sterling Satterfield (39005-49)
Assistant Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
T: (317) 327-4055
F: (317) 327-3968
sterling.satterfield@indy.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this Monday, November 10, 2025 a copy of the foregoing was filed electronically. Service of this filing will be made on the following Pro-se Plaintiff via US Mail:

    Phillip Okey
    6220 E. Southport Rd.
    Southport, IN 46237

                                                  */s/ T. Sterling Satterfield*
                                                  T. Sterling Satterfield (39005-49)
                                                  Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968