# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIP OKEY, Manager PLUMP MONKEY FARM LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:25-cv-02031-SEB-KMB |
| INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISION, CONSOLIDATED CITY OF INDIANAPOLIS, MARK SIMON/TRADE MARK CUSTOM HOMES, JOHN DOES 1-3 (MDC OFFICIALS ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To the Clerk and all parties of record:

I, Mathew Rayman, am admitted to practice in this Court and appear for the following Defendants: <u>Indianapolis Metropolitan Development Commision and Consolidated City of Indianapolis.</u>

                                                                  Respectfully submitted,

                                                                  OFFICE OF CORPORATION COUNSEL

*/s/ Mathew M. Rayman*
Mathew M. Rayman (32120-49)
Deputy Chief Litigation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
mathew.rayman2@indy.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this Monday, November 10, 2025 a copy of the foregoing was filed electronically. Service of this filing will be made on the following Pro-se Plaintiff via US Mail:

Phillip Okey
6220 E. Southport Rd.
Southport, IN 46237

/s/ *Mathew M. Rayman*
Mathew M. Rayman (32120-49)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968