UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIP SCOTT OKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-02031-SEB-KMB |
| | ) |
| INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION, CONSOLIDATED CITY OF INDIANAPOLIS, MARK SIMION, JOHN DOES 1-3, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On October 6, 2025, Plaintiff, proceeding *pro se*, filed a complaint in this action titled "Complaint for Violation of Civil Rights (42 U.S.C. § 1983; Fifth and Fourteenth Amendments) And Motion for Temporary Restraining Order." Dkt. 1. To the extent that Plaintiff is seeking emergency injunctive relief, Local Rule 7.1 provides that he must file a separate motion for a temporary restraining order that is accompanied by a supporting brief. The Court does not act on emergency requests embedded in the pleadings.

IT IS SO ORDERED.

Date: 11/13/2025

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

PHILIP SCOTT OKEY
6220 E. Southport Rd.
Southport, IN 46237

Mathew Rayman
OFFICE OF CORPORATION COUNSEL
mathew.rayman2@indy.gov

Sterling Satterfield
Office of Corporation Counsel
t.sterling.satterfield3@indy.gov