AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ <br> *Plaintiff* | ) <br> ) <br> ) | |
| v. | ) | Case No. |
| _____ <br> *Defendant* | ) <br> ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                                      _____
                                                                                          *Attorney's signature*

                                                                                          _____
                                                                                          *Printed name and bar number*

                                                                                          _____
                                                                                          *Address*

                                                                                          _____
                                                                                          *E-mail address*

                                                                                          _____
                                                                                          *Telephone number*

                                                                                          _____
                                                                                          *FAX number*

## CERTIFICATE OF FILING AND SERVICE

The undersigned counsel certifies that, on November 13, 2025, the foregoing was filed electronically with the Clerk of the United States District Court, Southern District of Indiana, using the IEFS. In connection with that filing, I served a copy of the foregoing on the following via U.S. Mail:

Philip Scott Okey
6220 E. Southport Road
Southport, IN 46237

<u>/s/ Riley H. Floyd</u>