UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIP OKEY, ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-02031-SEB-KMB |
| ) | |
| INDIANAPOLIS METROPOLITAN ) | |
| DEVELOPMENT COMMISSION et al., ) | |
| *Defendants*. ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Trademark Custom Homes, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ *Riley H. Floyd*
Riley H. Floyd (34014-29)
Conor L. Delehanty (38177-49)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204
Tel: 317-822-4400
Email: rfloyd@hooverhullturner.com
cdelehanty@hooverhullturner.com

*Attorneys for Defendants Mark Simion and Trademark Custom Homes, Inc.*

1

## CERTIFICATE OF SERVICE

    I certify that I filed the foregoing document and served all counsel of record via CM/ECF on November 14, 2025. I served a copy of the foregoing on the Plaintiff via U.S. Mail on November 14, 2025:

    Philip Scott Okey
    6220 E. Southport Road
    Southport, IN 46237

                                                                 */s/ Riley H. Floyd*