UNITED STATES DISTRICT COURT
for the Southern District of Indiana
**INDIANAPOLIS DIVISION**

FILED
DEC 18 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| **PHILIP S OKEY, Pro Se** <br> Plaintiff, <br><br> v. <br><br> INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION; <br> CONSOLIDATED CITY OF INDIANAPOLIS; <br> MARK SIMION / TRADE MARK CUSTOM HOMES; <br> JOHN DOES 1-3 (Indianapolis/Marion County Officials), <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.: 1:25-cv-02031-SEB-KMB

# NOTICE OF SUPPLEMENTAL EVIDENCE IN RESPONSE TO DEFENDANTS' MOTION TO REQUIRE COUNSEL OR DISMISS

Plaintiff Philip S. Okey, pro se, respectfully notifies the Court of supplemental evidence relevant to Defendants' Motion to Require Counsel or Dismiss [Dkt. 36] and the claims in the First Amended Complaint.

1. Defendants attached a property card as Exhibit A to their motion [Dkt. 37], confirming the property at 6220 E. Southport Rd. is owned by Plump Monkey Farm LLC, with Plaintiff as the registered agent and sole member.

2. This evidence supports Plaintiff's individual interest in the property and the constitutional violations alleged, as Plaintiff operates the property and has

suffered personal harm from Defendants' actions.

3. The property card does not alter that Plaintiff sues in his individual capacity under 42 U.S.C. § 1983 for personal rights violations, not on behalf of the LLC.

Dated: December 18th, 2025

*[signature]*

Philip S. Okey

6220 e. Southport Rd.

317-719-6220 / psokey@gmail.com

**Attachment**

Exhibit A – Property Card (from Dkt. 37)

Certificate of Service

I certify that on December, 2025, I served this NOTICE OF SUPPLEMENTAL EVIDENCE IN RESPONSE TO DEFENDANTS' MOTION TO REQUIRE COUNSEL OR DISMISS on all counsel of record via email as follows:

Riley L. Floyd (Counsel for Defendant Mark Simion)

rfloyd@hooverhullturner.com
Cherish Davis
CHDAVIS@hhcorp.org
Michael Wehrwein
MWEHRWEIN@hhcorp.org
jahlbrand@HHCorp.org
DLAW@hhcorp.org

Rayman, Mathew
mathew.rayman2@indy.gov
Satterfield, Sterling
sterling.satterfield@indy.gov
cdelehanty@hooverhullturner.com

_____
Philip S. Okey
18th December, 2025