UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIP OKEY, Manager PLUMP MONKEY FARM LLC )<br>*Plaintiff*, )<br> )<br>v. )<br> )<br>INDIANAPOLIS METROPOLITAN )<br>DEVELOPMENT COMMISSION et al., )<br>*Defendants*. ) | Case No. 1:25-cv-02031-SEB-KMB |

**DEFENDANTS' REPLY IN SUPPORT OF
MOTION TO REQUIRE COUNSEL OR DISMISS**

Plaintiff's numerous filings in opposition to Defendants' Motion to Require Counsel or Dismiss ignore that Plaintiff seeks to proceed *pro se* to assert claims on behalf of an LLC, a separate legal entity that owns the property at 6220 E. Southport Rd. Seventh Circuit precedent flatly prohibits that approach. *United States v. Hagerman*, 545 F.3d 579, 581–82 (7th Cir. 2008) (citing *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993)). Plaintiff does not (and cannot) offer any contrary authority.

Every claim in the complaint and proposed amended complaint concerns alleged acts taken against property exclusively owned by Plump Monkey Farm, LLC as an entity. Plaintiff has brought this suit, in part, to attack or undermine past and present ordinance violation proceedings against the property, all of which were brought against

1

the LLC that owns the property, not against Philip Okey as an individual. *See* Dkt. 36 at 2 (citing state proceedings all brought against Plump Monkey Farm, LLC).

Plaintiff suggests he is somehow pursuing claims individually based on his "interest in the property as sole member of the LLC," an interest which he claims is confirmed by the "property card." [Dkt. 44 at ¶¶ 2–3] The property card is a public record which was submitted as Exhibit A to Defendants' Motion. [Dkt. 36] It shows the owner of the property as "PLUMP MONKEY FARM LLC" and contains no reference to Philip Okey or his interest in either the LLC or the property. [Dkt. 37] Plaintiff concedes that the LLC owns the property, so only the LLC can pursue claims regarding its interest in the property. Based on the claims alleged by Okey in *both* his original complaint and his proposed amended complaint, Okey is attempting to represent the LLC *pro se*. [Dkt. 1 at 2, ¶ 8; Dkt. 17-1 at 10, ¶ 7] Controlling authority in the Seventh Circuit clearly establishes that he cannot do so. *See Hagerman*, 545 F.3d at 581–82. The entity solely owns the property at issue in this litigation and is the proper party to bring the claims asserted by Okey. To the extent any claims can proceed on behalf of the entity, the entity must be represented by counsel. *See id.*

Plaintiff also argues the caption of the proposed amended complaint "supersedes" the original caption. [Dkt. 44 at 1] But the caption is informative on this issue, not dispositive, because "courts give effect to the substance of a document and not to its caption." *Gleash v. Yuswak*, 308 F.3d 758, 761 (7th Cir. 2002). The substance of Plaintiff's

claims revolves around alleged acts taken against property owned by Plump Monkey Farm, LLC, not Philip Okey. In any event, the original complaint is still the operative complaint because the Court hasn't yet ruled on the motion for leave to amend.

Accordingly, Defendants request the entry of an order requiring the Plaintiff to proceed with counsel (if at all) or, alternatively, dismiss this action without prejudice and all other appropriate relief.

**[SIGNATURES APPEAR ON NEXT PAGE]**

Respectfully submitted,

/s/ *Riley H. Floyd*
Riley H. Floyd (34014-29)
Conor L. Delehanty (38177-49)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204
Tel: 317-822-4400
Email: rfloyd@hooverhullturner.com
　　　　cdelehanty@hooverhullturner.com

*Attorneys for Defendants Mark Simion and Trademark Custom Homes, Inc.*

/s/ *Mathew M. Rayman* (w/ permission)
Mathew M. Rayman (32120-49)
T. Sterling Satterfield (39005-49)
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
Email: sterling.satterfield@indy.gov
mathew.rayman2@indy.gov

*Attorneys for Defendants Indianapolis Metropolitan Development Commission and Consolidated City of Indianapolis*

4

## **CERTIFICATE OF SERVICE**

 I certify that I filed the foregoing document and served all counsel of record via CM/ECF on December 29, 2025 and served a copy of the foregoing on the Plaintiff via U.S. Mail on December 29, 2025:

 Philip Scott Okey
 6220 E. Southport Road
 Southport, IN 46237

                _/s/ Riley H. Floyd_