UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIP OKEY, Manager PLUMP MONKEY FARM LLC )<br>   *Plaintiff*, )<br>)<br>   v. )<br>)<br>INDIANAPOLIS METROPOLITAN )<br>DEVELOPMENT COMMISSION et al., )<br>   *Defendants*. ) | Case No. 1:25-cv-02031-SEB-KMB |

**TRADEMARK CUSTOM HOMES & MARK SIMION'S RESPONSE TO
PLAINTIFF'S SECOND MOTION FOR EXPEDITED DISCOVERY**

Plaintiff's latest motion for limited expedited discovery should be denied in its entirety for the same reason as Plaintiff's earlier motion: there is no cause for discovery, let alone good cause. Defendants Trademark Custom Homes, Inc. and Carl Mark Simion refer to and incorporate by reference the arguments in their earlier Response to Plaintiff's Motion for Expedited Discovery. [Dkt. 30][1] Plaintiff's only new argument is that Defendants' denial of false allegations in Plaintiff's earlier filing "creates a material dispute of fact" that somehow warrants discovery. [Dkt. 41 at 2] Nothing in any of

---

[1] The Plaintiff's earlier motion for expedited discovery remains pending. [Dkt. 24] Plaintiff's latest request spans three docket entries as a "Notice of Deposition by Written Questions" [Dkt. 39], "Motion for Limited Expedited Discovery to Take Deposition of Third-Party Witness Wendis Fugate" [Dkt. 40], and "Motion for Leave to Take Deposition of Third-Party Witness Wendis Fugate (Remote)" [Dkt. 41]. To the extent a response to all three filings is required, this filing responds to each.

1

Plaintiff's filings establishes cause for discovery at this phase of the case, let alone good cause for expedited discovery that would include ground penetrating radar or depositions. Defendants request that Plaintiff's latest motion for expedited discovery be denied in its entirety and that the Court grant Defendants all other appropriate relief.

Respectfully submitted,

/s/ *Riley H. Floyd*
Riley H. Floyd (34014-29)
Conor L. Delehanty (38177-49)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204
Tel: 317-822-4400
Email: rfloyd@hooverhullturner.com
cdelehanty@hooverhullturner.com

*Attorneys for Defendants Mark Simion and Trademark Custom Homes, Inc.*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document and served all counsel of record via CM/ECF on December 29, 2025. I served a copy of the foregoing on the Plaintiff via U.S. Mail on December 29, 2025:

Philip Scott Okey
6220 E. Southport Road
Southport, IN 46237

/s/ *Riley H. Floyd*

2