FILED
DEC 3 1 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

# UNITED STATES DISTRICT COURT
## for the Southern District of Indiana
### INDIANAPOLIS DIVISION

PHILIP S OKEY, Pro Se )
Plaintiff, )
)
v. )
)
INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION; )
CONSOLIDATED CITY OF INDIANAPOLIS; )
MARK SIMION / TRADE MARK CUSTOM HOMES; )
JOHN DOES 1-3 (Indianapolis/Marion County Officials), )
Defendants. )

Case No.: 1:25-cv-02031-SEB-KMB

## PLAINTIFF'S REPLY TO DEFENDANTS' FILINGS

(Dkt. 46 and Dkt. 47)

Plaintiff Philip S. Okey, pro se, respectfully replies to Defendants' Reply in Support of Motion to Require Counsel or Dismiss [Dkt. 46] and Response to Plaintiff's Motion for Expedited Discovery [Dkt. 47].

### I. Reply to Dkt. 46 (Motion to Require Counsel or Dismiss)

1. Defendants persist in relying on the superseded original complaint while ignoring that the First Amended Complaint [Dkt. 17] captions the case as "Philip S. Okey" individually, with no reference to Plump Monkey Farm LLC as a party.

2. Plaintiff sues in his individual capacity for personal constitutional violations under

42 U.S.C. § 1983. The property card [Dkt. 37 Exhibit A] confirms Plaintiff's sole interest in the property, but the claims are individual rights violations, not LLC business interests.

3. Defendants cite no authority requiring counsel for individual §1983 claims, and their motion remains meritless technical obstruction.

4. Respectfully request that you deny the motion.

## II. Reply to Dkt. 47 (Expedited Discovery – Fugate)

1. Defendants' response merely incorporates Dkt. 30 without addressing the new material fact dispute created by their own "demonstrably false" denial of soil removal [Dkt. 30 at 1].

2. Fugate has direct knowledge of Simion's instructions and the removal east of the property line — written questions are narrowly tailored, low-burden, and necessary to prevent spoliation (witness retirement, memory fade).

3. Good cause exists, Please grant the motion.

Dated: 31st of December, 2025

[signature]

Philip S. Okey, pro se
6220 E. Southport Rd.
Indianapolis, IN 46237
317-719-6220 | psokey@gmail.com

**Certificate of Service**

I certify that on 31ˢᵗ of December, 2025, I served this **PLAINTIFF'S REPLY TO DEFENDANTS' FILINGS** on all counsel of record via email as follows:

Riley L. Floyd (Counsel for Defendant Mark Simion)
rfloyd@hooverhullturner.com
Cherish Davis
CHDAVIS@hhcorp.org
Michael Wehrwein
MWEHRWEIN@hhcorp.org
jahlbrand@HHCorp.org
DLAW@hhcorp.org
Rayman, Mathew
mathew.rayman2@indy.gov
Satterfield, Sterling
sterling.satterfield@indy.gov
cdelehanty@hooverhullturner.com

_____
Philip S. Okey
31ˢᵗ of December, 2025