UNITED STATES DISTRICT COURT
for the Southern District of Indiana
**INDIANAPOLIS DIVISION**

FILED
JAN 05 2026 VH
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**PHILIP S OKEY, Pro Se** )
Plaintiff, )
)
v. )
)
**INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION;** )
**CONSOLIDATED CITY OF INDIANAPOLIS;** )
**MARK SIMION / TRADE MARK CUSTOM HOMES;** )
**JOHN DOES 1-3 (Indianapolis/Marion County Officials),** )
Defendants. )

Case No.: 1:25-cv-02031-SEB-KMB

**PLAINTIFF'S SUPPLEMENTAL NOTICE IN SUPPORT OF RENEWED**

**MOTION FOR PRELIMINARY INJUNCTION**

**(Dkt. 32)**

Plaintiff Philip S. Okey, pro se, respectfully submits this supplemental notice to update the Court on recent developments in the related state-court proceedings, which demonstrate ongoing irreparable harm and bad-faith enforcement, further supporting the renewed motion for preliminary injunction [Dkt. 32].

1. On December 31, 2025, Plaintiff filed a motion to stay all proceedings in the state enforcement case (Marion Superior Environmental Division, Cause No. 49D33-2505-OV-016587), citing the bad-faith exception to Younger abstention and judicial efficiency due to this federal action.

2. On January 2, 2026, Magistrate Travis Sandifur issued a notice stating: "COURT WILL ADDRESS MOTION TO STAY ALL PROCEEDINGS AT 1/20 HEARING." This effectively defers ruling on the stay until the January 20, 2026 compliance hearing, allowing the state proceedings to continue despite the federal constitutional claims.

3. This deferral confirms the bad-faith pattern: The state court is proceeding with enforcement (fines, liens, potential seizures) while this federal case addresses the same retaliatory conduct. It risks inconsistent rulings and further irreparable harm to Plaintiff's property and rights.

4. The Magistrate's decision ignores the 90-day stay granted in the related QED indemnity action (Cause No. 49D12-2511-CT-054477), arising from HHC's February 20, 2025 seizure, which demonstrates the federal overlay's real impact.

5. This development underscores the need for immediate federal injunction under the bad-faith exception (*Mitchum v. Foster*, 407 U.S. 225 (1972); *Ewell v. Toney*, 853 F.3d 911 (7th Cir. 2017)).

Plaintiff respectfully requests the Court consider this supplement in ruling on the renewed motion for preliminary injunction.

Dated: January 3, 2026

Philip S. Okey, pro se

6220 E. Southport Rd.

Indianapolis, IN 46237

317-719-6220 | psokey@gmail.com

## Certificate of Service

I certify that on 03 January, 2026 I served this Motion and Proposed Order on all counsel of record via email as follows:

Riley L. Floyd (Counsel for Defendant Mark Simion)
rfloyd@hooverhullturner.com
Cherish Davis
CHDAVIS@hhcorp.org
Michael Wehrwein
MWEHRWEIN@hhcorp.org
jahlbrand@HHCorp.org
DLAW@hhcorp.org
Rayman, Mathew
mathew.rayman2@indy.gov
Satterfield, Sterling
sterling.satterfield@indy.gov
cdelehanty@hooverhullturner.com

Philip S. Okey
03 January, 2026