UNITED STATES DISTRICT COURT
for the Southern District of Indiana
**INDIANAPOLIS DIVISION**

FILED
JAN 09 2026
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| **PHILIP S OKEY, Pro Se** | ) |
| Plaintiff, | ) |
| v. | ) |
| **INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION;** | ) |
| **CONSOLIDATED CITY OF INDIANAPOLIS;** | ) |
| **MARK SIMION / TRADE MARK CUSTOM HOMES;** | ) |
| **JOHN DOES 1-3 (Indianapolis/Marion County Officials),** | ) |
| Defendants. | ) |

Case No.: 1:25-cv-02031-SEB-KMB

**PLAINTIFF'S MOTION FOR EXPEDITED RULING ON RENEWED MOTION FOR PRELIMINARY INJUNCTION**
(Dkt. 32)

Plaintiff Philip S. Okey, pro se, respectfully moves the Court for an expedited ruling on the Renewed Motion for Preliminary Injunction [Dkt. 32], pursuant to Local Rule 7-1 and the Court's inherent authority to manage its docket. In support, Plaintiff states as follows:

1. The Renewed Motion for Preliminary Injunction [Dkt. 32] has been fully briefed and supplemented, demonstrating irreparable harm from ongoing state enforcement actions, including forced inspections and systematic deprivation of essential equipment.

2. The state court has scheduled a compliance hearing for January 20, 2026, and ordered a forced inspection of the property on January 12, 2026, at 11:00 AM, with potential law enforcement assistance (Marion Superior Environmental Division, Cause No. 49D33-2505-OV-016587).

Page 1

Satterfield, Sterling
sterling.satterfield@indy.gov
cdelehanty@hooverhullturner.com

_____
Philip S. Okey
January 9th ,2026