UNITED STATES DISTRICT COURT

for the Southern District of Indiana

**INDIANAPOLIS DIVISION**

**FILED**

FEB 0 9 2026

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**PHILIP S OKEY, Pro Se** )
Plaintiff, )
)
v. )
)
**INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION;** )
**CONSOLIDATED CITY OF INDIANAPOLIS;** )
**MARK SIMION / TRADE MARK CUSTOM HOMES;** )
**JOHN DOES 1-3 (Indianapolis/Marion County Officials),** )
Defendants. )

**Case No.: 1:25-cv-02031-SEB-KMB**

**PLAINTIFF'S SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION**
**(Supplement to Renewed Motion at Dkt. 58)**

Plaintiff Philip S. Okey, pro se, respectfully submits this supplemental motion to the renewed motion for preliminary injunction (Dkt. 58), seeking narrow additional injunctive relief to prevent retaliatory or arbitrary citations from the Indianapolis Metropolitan Development Commission (MDC) related to minor restoration work on the property.

1. Plaintiff intends to restore safe and reasonable access to the rear portion of the property at 6220 E. Southport Rd. (Parcel 3003200) by regrading a drive path. Any elevation changes will be limited to **no more than 10 inches** — well below

the approximate 12-inch threshold for unpermitted fill under applicable Indianapolis stormwater and land-alteration regulations (see Indianapolis Code Sec. 537-31 and related provisions).

2. This limited restoration is necessary to mitigate the ongoing inaccessibility and drainage obstruction that forms the core of Plaintiff's constitutional claims in this action claims arising from the 2016 judicially ordered dirt removal, subsequent flooding, and Defendants' selective non-enforcement against neighboring alterations by Defendant Simion.

3. Despite the minor and compliant nature of the proposed work, Defendants have previously issued citations for similar or lesser activities. Further citations would impose immediate additional irreparable harm through fines, liens, or escalated enforcement while the underlying due process, equal protection, and bad-faith claims remain unresolved in this Court.

4. The requested relief is narrowly tailored and directly related to preserving the status quo and preventing irreparable harm during the pendency of this action: Defendants should be enjoined from issuing citations, fines, or taking any enforcement action against Plaintiff for regrading or restoring a drive path on his property, provided elevation changes do not exceed 12 inches and the work complies with all other applicable codes and regulations.

5. This relief is consistent with and supports the broader preliminary injunction

sought in Dkt. 58, as it prevents escalation of harm, preserves Plaintiff's ability to gain and maintain access to remaining assets, and protects against retaliatory enforcement while the Court considers the merits of the claims.

Plaintiff respectfully requests that the Court grant this supplemental relief, expedite consideration of the renewed motion (Dkt. 58), or set a brief status conference to address the motion and the imminent harm.

Date, 9th of February, 2026

Philip S. Okey

6220 E. Southport Rd.

Southport, In 46237

317-719-6220

psokey@gmail.com

**Certificate of Service**

I certify that on 9th of January, 2026 I served this **SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION** on all counsel of record via email as follows:

**Riley L. Floyd (Counsel for Defendant Mark Simion)**
rfloyd@hooverhullturner.com
**Cherish Davis**
CHDAVIS@hhcorp.org
**Michael Wehrwein**
MWEHRWEIN@hhcorp.org
jahlbrand@HHCorp.org
DLAW@hhcorp.org
**Rayman, Mathew**
mathew.rayman2@indy.gov
**Satterfield, Sterling**
sterling.satterfield@indy.gov
cdelehanty@hooverhullturner.com

_____

Philip S. Okey
9th of January, 2026