FILED
FEB 23 2026
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
for the Southern District of Indiana
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **PHILIP S OKEY, Pro Se** | ) |
| Plaintiff, | ) |
| v. | ) |
| **INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION;** | ) |
| **CONSOLIDATED CITY OF INDIANAPOLIS;** | ) |
| **MARK SIMION / TRADE MARK CUSTOM HOMES;** | ) |
| **JOHN DOES 1-3 (Indianapolis/Marion County Officials),** | ) |
| Defendants. | ) |

**Case No.: 1:25-cv-02031-SEB-KMB**

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**
**(Dkt. 75)**

Plaintiff Philip S. Okey, pro se, respectfully responds to Defendants' Motion for Extension of Time to Answer or Otherwise Respond to Amended Complaint (Dkt. 75).

1. Plaintiff takes no position on the requested extension, provided the Court sets a firm deadline that does not further delay resolution of the pending renewed motion for preliminary injunction (Dkt. 58), which remains unopposed and seeks relief before the March 20, 2026 state compliance deadline.

2. The Court has already granted Plaintiff leave to file the Amended Complaint (Dkt. 71), making it the operative pleading. Any response to the

page 1

Amended Complaint should not impede timely consideration of the urgent injunctive relief requested in Dkt. 58.

Plaintiff respectfully requests that the Court grant any extension only with a definite deadline and continue to expedite ruling on the preliminary injunction to prevent irreparable harm.

Dated: February 23, 2026

_____
Philip S. Okey, pro se
6220 E. Southport Rd.
Indianapolis, IN 46237
317-719-6220 | psokey@gmail.com

### Certificate of Service

I certify that on the of January, I served this Motion and Proposed Order on all counsel of record via email and CM/ECF as follows:

Riley L. Floyd (Counsel for Defendant Mark Simion)
rfloyd@hooverhullturner.com
Cherish Davis
CHDAVIS@hhcorp.org
Michael Wehrwein
MWEHRWEIN@hhcorp.org
jahlbrand@HHCorp.org
DLAW@hhcorp.org
Rayman, Mathew
mathew.rayman2@indy.gov
Satterfield, Sterling
sterling.satterfield@indy.gov
cdelehanty@hooverhullturner.com

_____
Philip S. Okey
February 23rd, 2026