# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIP OKEY, ) | |
|    *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-02031-SEB-KMB |
| ) | |
| INDIANAPOLIS METROPOLITAN ) | |
| DEVELOPMENT COMMISSION et al., ) | |
|    *Defendants*. ) | |

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME

This matter came before the Court on Defendants' Indianapolis Metropolitan Development Commission, Consolidated City of Indianapolis, Mark Simion, and Trademark Custom Homes (collectively "Defendants") Motion for Extension of Time (the "Motion"). The Court, being duly advised, and finding good cause shown, now **GRANTS** the Motion. [Dkt. 75.] Defendants' deadline to answer or otherwise respond to Plaintiff's Amended Complaint [Dkt. 72] is hereby extended to and including 30 days from the date of the Court's ruling on Defendants' Motion to Require Counsel or Dismiss [Dkt. 36], if Defendants' Motion to Require Counsel or Dismiss is denied.

    **SO ORDERED.**

Date: 2/23/2026

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via CM/ECF

Philip Scott Okey
6220 E. Southport Road
Southport, IN 46237