# UNITED STATES DISTRICT COURT
## for the Southern District of Indiana
## INDIANAPOLIS DIVISION

**PHILIP S OKEY, Pro Se** )
Plaintiff, )
 )
v. )
 )
**INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION;** )
**CONSOLIDATED CITY OF INDIANAPOLIS;** )
**MARK SIMION / TRADE MARK CUSTOM HOMES;** )
**JOHN DOES 1-3 (Indianapolis/Marion County Officials),** )
Defendants. )

**Case No.: 1:25-cv-02031-SEB-KMB**

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME
**(Dkt. 80)**

Plaintiff Philip S. Okey, pro se, respectfully responds to Defendants' Motion for Extension of Time (Dkt. 75), which the Court granted via Order dated February 23, 2026 (Dkt. 80).

Plaintiff has **no objection** to the extension of time to respond to the Amended Complaint, provided it does not further delay consideration of the urgent renewed motion for preliminary injunction (Dkt. 58), which remains unopposed and seeks relief to prevent irreparable harm before the March 20, 2026 state compliance deadline.

Plaintiff respectfully requests that the Court expedite its ruling on Dkt. 58.

Dated: February 24, 2026



Philip S. Okey, pro se
6220 E. Southport Rd
Indianapolis, IN 46237
317-719-6220 | psokey@gmail.com


**Certificate of Service**

I certify that on the 24th of February, 2026 I served this Motion and Proposed Order on all counsel of record via email and CM/ECF as follows:

Riley L. Floyd (Counsel for Defendant Mark Simion)
rfloyd@hooverhullturner.com
Rayman, Mathew
mathew.rayman2@indy.gov
cdelehanty@hooverhullturner.com

_____

Philip S. Okey
24th of February, 2026