UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIP SCOTT OKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-02031-SEB-KMB |
| | ) |
| INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION, CONSOLIDATED CITY OF INDIANAPOLIS, MARK SIMION, JOHN DOES 1-3, CARL MARK SIMION, TRADEMARK CUSTOM HOMES, INC., | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME AND DENYING DISCOVERY MOTIONS

The Court recently dismissed *pro se* Plaintiff Philip Scott Okey's Complaint without prejudice because he was bringing claims on behalf of an LLC, which requires representation by an attorney. [Dkt. 82.] The Court gave Mr. Okey twenty-one days to file a second amended complaint that resolves the deficiencies cited in the Court's Order, if possible. Specifically, the Court ordered as follows:

> If Plaintiff chooses to file a new complaint, he must include sufficient facts in the complaint to support a plausible inference that Defendants have caused *him* personally a legally cognizable injury apart from any injury Plump Monkey Farm as the owner of the Property may have suffered. Alternatively, if Plump Monkey Farm is the real party in interest, to proceed, Plump Monkey Farm must obtain an attorney and have that attorney enter his or her appearance to represent it in this matter. **If no new complaint is filed within twenty-one (21) days of the date of this order, we will dismiss this lawsuit with prejudice, meaning, it will be over for good.**

[Dkt. 82 at 3 (original emphasis).]

Presently pending before the Court is Mr. Okey's Motion for Extension of Time, asking that the Court extend the deadline for him to file an amended complaint by 45 days since he is *pro se* and he needs time to study the Court's Order, gather and organize evidence to plead cognizable personal claims separate from any harm to Plump Monkey Farms, and draft a second amended complaint that complies with the Court's instructions. [Dkt. 86.] The Court, having reviewed Mr. Okey's Motion and being duly advised, now **GRANTS IN PART** Mr. Okey's motion, [dkt. 86], to the extent that it will extend the original deadline **by 30 days**, such that Mr. Okey's deadline to file a second amended complaint **is hereby April 17, 2026**. **The Court finds that amount of time is more than enough and does not anticipate extending this deadline further absent extraordinary circumstances.**

Also pending before the Court are Mr. Okey's three Motions for Limited Expedited Discovery. [Dkts. 24; 40; 41.] His Motions ask the Court to permit him to depose non-party Wendis Fugate. Plaintiff's Motions for Limited Expedited Discovery are **DENIED WITHOUT PREJUDICE** as premature because it is premature for discovery to proceed in this action until the Court determines whether claims set forth in the anticipated second amended complaint can proceed.

**SO ORDERED.**

Date: 3/3/2026

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

PHILIP SCOTT OKEY
6220 E. Southport Rd.
Southport, IN 46237