# UNITED STATES DISTRICT COURT
## for the Southern District of Indiana
### INDIANAPOLIS DIVISION



FILED
MAR 0 6 2026
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| PHILIP S OKEY, Pro Se | ) |
| Plaintiff, | ) |
| v. | ) |
| INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION; | ) |
| CONSOLIDATED CITY OF INDIANAPOLIS; | ) |
| (including its Department of Business and Neighborhood Services), | ) |
| HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY | ) |
| MARK SIMION / TRADE MARK CUSTOM HOMES; | ) |
| JOHN DOES 1-3 (Indianapolis/Marion County Officials), | ) |
| Defendants. | ) |

Case No.: 1:25-cv-02031-SEB-KMB

**PLAINTIFF'S NOTICE OF CORRECTION REGARDING DKT. 87 AND WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY AS TO WENDIS FUGATE**

Plaintiff Philip S. Okey, pro se, respectfully submits this notice to correct the record regarding the Court's Order of March 3, 2026 (Dkt. 87), which denied Plaintiff's discovery motions.

1. In Dkt. 87, the Court denied Plaintiff's motions for expedited discovery, including the Motion for Limited Expedited Discovery to Take Deposition of Third-Party Witness Wendis Fugate (Dkt. 40).
2. Plaintiff respectfully notes that the Fugate motion was already withdrawn by Plaintiff on December 29, 2025 (Dkt. 51) due to Mr. Fugate's death approximately four months earlier.
3. This notice is submitted solely to clarify the docket and ensure the record is accurate; no further action is requested at this time.

Respectfully submitted,

_____
Philip S. Okey, pro se

6220 E. Southport Rd.
Indianapolis, IN 46237
317-719-6220 | psokey@gmail.com

Dated: March 6th, 2026

**Certificate of Service**

I certify that on the 6th of March, 2026 I served this **PLAINTIFF'S NOTICE OF CORRECTION REGARDING DKT. 87 AND WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY AS TO WENDIS FUGATE** on all counsel of record via email and CM/ECF as follows:

Riley L. Floyd (Counsel for Defendant Mark Simion)
rfloyd@hooverhullturner.com
Michael Wehrwein
MWEHRWEIN@hhcorp.org
jahlbrand@HHCorp.org
DLAW@hhcorp.org
Rayman, Mathew
mathew.rayman2@indy.gov
cdelehanty@hooverhullturner.com

_____

Philip S. Okey
6th of March, 2026