# UNITED STATES DISTRICT COURT

for the Southern District of Indiana
## INDIANAPOLIS DIVISION

**PHILIP S OKEY, Pro Se**                                        )

Plaintiff,                                                                          )

v.                                                                                        )

**INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION;** )

 **CONSOLIDATED CITY OF INDIANAPOLIS;**                )

**(including its Department of Business and Neighborhood Services),**        )

 **HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY**   )

**MARK SIMION / TRADE MARK CUSTOM HOMES;**              )

**JOHN DOES 1-3 (Indianapolis/Marion County Officials),**        )

Defendants.                                                                    )

**FILED**

*vH*

MAR 0 6 2026

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

**Case No.: 1:25-cv-02031-SEB-KMB**

**PLAINTIFF'S EMERGENCY SUPPLEMENTAL NOTICE TO RENEWED MOTION FOR PRELIMINARY INJUNCTION (Dkt. 58), RENEWED REQUEST FOR EXPEDITED GPR DISCOVERY AND PRESERVATION ORDER, AND NOTICE OF ONGOING SPOLIATION**

Plaintiff Philip S. Okey, pro se, respectfully submits this emergency supplemental notice

to the renewed motion for preliminary injunction (Dkt. 58) to update the Court on new

developments that dramatically increase the risk of irreparable harm and further

demonstrate the urgent need for injunctive relief, preservation orders, and expedited

GPR discovery.

Page 1

1. **Court's Prior Inaction on Early GPR Discovery and Preservation**

   In prior filings and hearings related to Dkt. 58, Plaintiff repeatedly requested early discovery of GPR (ground-penetrating radar) survey results and an order preserving evidence of drainage patterns, fill layers, and subsurface structures on and adjacent to the Property. The Court has not granted these requests or issued any measures to prevent ongoing spoliation. This inaction has allowed, and continues to allow, irreparable destruction of evidence central to proving Defendants' deliberate creation and perpetuation of flooding, selective enforcement, and coordination between the City and Defendant Simion.

2. **February 27, 2026 – Ditch Excavation and Spoliation**

   On February 27, 2026, Defendant Simion dug a ditch from the property line between our parcels, extending approximately 1/4 to 1/3 of the depth of the original stream bed/ditch. In doing so, he exposed a portion of a 14-inch by 6-foot diameter concrete lid that was sitting "on top of" the original undisturbed topsoil layer. This concrete lid was the top of the screen and siphon assembly designed to draw cool, oxygen-depleted water from the proposed fish farming pond up into the algae growth portion of my farming operation.

This assembly and its precise subsurface placement/location is precisely the type of feature that GPR survey results would have clearly displayed prior to spoliation. By

page 2

excavating and exposing this structure without any preservation order in place,

Defendant Simion has further destroyed or altered evidence that would have proven coordination or tampering in the drainage/fill patterns — directly prejudicing Plaintiff's ability to establish the full extent of the taking, nuisance, and substantive due process violations alleged in the Second Amended Complaint.

3. **February 28, 2026 – Permanent Culvert Installation**

On February 28, 2026, Defendant Simion installed a permanent culvert in the drive being built back to the north-east corner, at an elevation that maintains a high enough water level on my property to keep the soil super-saturated and impassable, while giving the cursory outward appearance that he had eliminated the drainage issue. This work continues the intentional obstruction of natural flow, aggravates the existing nuisance and taking, and further prejudices my ability to use or restore the Property. The culvert placement is clearly calculated to preserve the flooding harm on my side while creating the illusion of mitigation on his, a continuation of the same selective, bad faith conduct that has characterized this case since 2016.

4. **Renewed Request for Expedited GPR Discovery and Immediate Relief**

These recent actions confirm that ongoing spoliation and nuisance are active and accelerating. Without immediate intervention, additional evidence will be lost and irreparable harm will continue before the Court can rule on the merits or on Plaintiff's renewed motion for preliminary injunction (Dkt. 58). Plaintiff

page 3

respectfully renews his request that the Court:

> Issue an **immediate preservation order** prohibiting any further alteration, excavation, fill, culvert installation, or drainage work on or adjacent to the Property within the 150' and 75' radius deliniated within (Dkt24) without prior notice and Court approval.

> Grant **expedited discovery** of GPR survey results, fill permits, drainage plans, culvert design/installation records, and related communications.

> Expedite consideration of Dkt. 58 to prevent further irreparable harm before the March 20, 2026 compliance deadline.

Plaintiff has attached photographs of the February 27–28, 2026 ditch and culvert work, including the exposed concrete lid and culvert elevation, as **Exhibit A** to this notice.

Respectfully submitted,

Philip S. Okey, pro se
6220 E. Southport Rd.
Indianapolis, IN 46237
317-719-6220 | psokey@gmail.com

Dated: March 6th, 2026

**Certificate of Service**

I certify that on the 6th of March,2026 I served this **PLAINTIFF'S EMERGENCY SUPPLEMENTAL NOTICE TO RENEWED MOTION FOR PRELIMINARY**

**page 4**

INJUNCTION (Dkt. 58) AND RENEWED REQUEST FOR EXPEDITED GPR

DISCOVERY AND PRESERVATION ORDER on all counsel of record via email and

CM/ECF as follows:

Riley L. Floyd (Counsel for Defendant Mark Simion)
rfloyd@hooverhullturner.com
Michael Wehrwein
MWEHRWEIN@hhcorp.org
jahlbrand@HHCorp.org
DLAW@hhcorp.org
Rayman, Mathew
mathew.rayman2@indy.gov
cdelehanty@hooverhullturner.com

_____

Philip S. Okey
The 6th of March, 2026





ATTACHMENT "A-2"

ATTACHMENT A-5



ATTACHMENT A-4





ATTACHMENT #A-6





