# UNITED STATES DISTRICT COURT
## for the Southern District of Indiana
### INDIANAPOLIS DIVISION

**FILED**

MAR 11 2026

PHILIP S OKEY, Pro Se

Plaintiff,

v.

INDIANAPOLIS METROPOLITAN DEVELOPMENT CO

CONSOLIDATED CITY OF INDIANAPOLIS;

(including its Department of Business and Neighborhood Services),    )

HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY    )

MARK SIMION / TRADE MARK CUSTOM HOMES;    )

JOHN DOES 1-3 (Indianapolis/Marion County Officials),    )

Defendants.    )

Case No.: 1:25-cv-02031-SEB-KMB

Plaintiff's Motion for Expedited Consideration of Dkt. 93 is hereby DENIED given that the March 20, 2026 compliance date referenced in Plaintiff's motion has been vacated and stayed until April 21, 2026.

*Sarah Evans Barker*
SARAH EVANS BARKER

SEB, DJ, 3/19/2026

Distribution to all counsel of record and by US Mail to:

PHILIP SCOTT OKEY
6220 E. Southport Rd.
Southport, IN 46237

## MOTION FOR EXPEDITED CONSIDERATION OF DKT. 93 (RENEWED MOTION FOR PRELIMINARY INJUNCTION RENEWING DKT. 58)

Plaintiff Philip S. Okey, pro se, respectfully moves the Court for expedited consideration of Dkt. 93 (Renewed Motion for Preliminary Injunction renewing Dkt. 58) due to the imminent and irreparable harm from the March 20, 2026 cleanup deadline and ongoing spoliation.

1. On March 8, 2026, Plaintiff filed Dkt. 93 renewing the motion for preliminary injunction (Dkt. 58), with attached Emergency Supplemental Notice (Exhibit A)

1 / 3

detailing new developments, including Defendant Simion's February 27–28 ditch and culvert work causing spoliation and enabling City access for the March 20 cleanup.

2. The March 20, 2026 deadline for forced entry, cleanup, liens, and potential tax sale risks immediate destruction of Plaintiff's remaining personal assets, resources, and livelihood, as detailed in Dkt. 93 (e.g., $70,000 loan sacrifice, emotional distress).

3. State remedies are inadequate, as shown by recent denials and the slow state appeal (Indiana Court of Appeals Case No. 26A-OV-00397).

4. Expedited consideration is necessary to prevent irreparable harm before March 20, 2026, including a potential hearing on the renewed motion, temporary restraining order, preservation order, and expedited GPR discovery.

WHEREFORE, Plaintiff respectfully requests that the Court expedite consideration of Dkt. 93 and grant all other just and proper relief.

Respectfully submitted,

Philip S. Okey, pro se
6220 E. Southport Rd.
Indianapolis, IN 46237
317-719-6220 | psokey@gmail.com

Dated: March 11th, 2026

**Certificate of Service**